UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE WEDRA, individually on behalf of herself and on behalf of all others similarly situated,

   *Plaintiff,*

v.

CREE, Inc.,
   *Defendant.*

:
:
:
:
:
:
:
:
:
:

Case No.: 7:19-cv-03162-VB

**[Proposed] Order Granting Plaintiff's Motion for Leave to File Under Seal**

---

  Before this Court is Plaintiff's request for leave to file under seal Exhibits A, B, C, D, E, F, G, H, and I to the Declaration of Jason P. Sultzer in Support of Plaintiffs' Motion for Leave to File Under Seal

  Because the documents are designated by a party as confidential under the Stipulation and Protective Order (Dkt. 42), the Court GRANTS Defendant's request.

_____
Hon. Vincent L. Bricetti
United States District Court Judge

Dated: 2/26/2021