# MEMORANDUM FILED

# UNDER SEAL