UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE WEDRA, individually on behalf
of herself and on behalf of all others similarly
situated,

    *Plaintiff,*

v.

CREE, Inc.,
    *Defendant.*

Case No.: 7:19-cv-03162-VB

[Proposed] **Order Granting Plaintiff's Motion for Leave to File Under Seal**

3/1/21

    Before this Court is Plaintiff's request for leave to file under seal The Expert Report of Gary R. Allen, Phd. attached to the Declaration of Jason P. Sultzer in Support of Plaintiffs' Motion for Leave to File Under Seal

    Because the document is designated by a party as confidential under the Stipulation and Protective Order (Dkt. 42), the Court GRANTS Defendant's request.

                                                  Hon. Vincent L. Bricetti
                                                  United States District Court Judge

Dated: 3/1/21