**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEPHANIE WEDRA, on behalf of herself and all others similarly situated,

                Plaintiff,

                v.

CREE, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 19-cv-3162-VB

**DEFENDANT CREE, INC.'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Cree Inc.'s Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1); and the Declaration of Rebecca k. Lindahl in Support of Defendant Cree Inc.'s Motion to Dismiss the Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) and exhibits annexed thereto; and upon all the papers and proceedings heretofore had herein, Defendant Cree, Inc., by and through its undersigned counsel, hereby moves this Court, before the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, for an order, pursuant to Federal Rule of Civil Procedure 12(b)(1), dismissing Plaintiff's Complaint in its entirety, with prejudice, and granting such other relief as the Court deems just and proper.

Dated: April 23, 2021
       New York, New York

                        Respectfully submitted,

                        **KATTEN MUCHIN ROSENMAN LLP**
                        By: */s/ Craig A. Convissar*

                        Craig A. Convissar
                        575 Madison Avenue
                        New York, NY 10022
                        craig.convissar@katten.com
                        Ph: 212-940-6369
                        Fax: 212-940-8776

                        Stuart M. Richter (admitted *pro hac vice*)
                        2029 Century Park East, Suite 2600
                        Los Angeles, CA 90067-3012
                        stuart.richter@katten.com
                        Ph: 310-788-4400
                        Fax: 310-712-8434

                        Rebecca K. Lindahl (admitted *pro hac vice)*
                        550 S. Tryon Street, Suite 2900
                        Charlotte, NC 28202
                        rebecca.lindahl@katten.com
                        Ph.: 704-344-3141
                        Fax: 704-344-2277

                        *Attorneys for Defendant Cree, Inc.*