

NEW YORK | PENNSYLVANIA | NEW JERSEY | CALIFORNIA

Tuesday, May 11, 2021

**VIA ECF**
The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      **Re:**    *Stephanie Wedra v. Cree, Inc.*, **Case No. 7:19-cv-03162-VB**

Dear Judge Briccetti:

      We represent Plaintiff in the above-captioned matter. We write pursuant to Your Honor's Individual Practice Rule 1(B) to request an extension of the current class certification briefing schedule in this action. (ECF No. 57). Pursuant to Individual Practice Rule 1(G) a proposed Revised Civil Case Discovery Plan and Scheduling Order is attached hereto.

      As Your Honor is aware, Plaintiff filed her motion for class certification along with two expert reports on February 26, 2021. On April 30, 20201, Defendant filed its opposition to class certification including four expert reports, authored by five different experts. On the same day, Defendant filed two motions to strike Plaintiff's experts. Additionally, on April 23, 2021, Defendant file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). The current class certification briefing schedule does not provide adequate time for Plaintiff to draft her reply brief in support of class certification, respond to Defendant's motions to strike Plaintiff's experts, depose Defendant's five experts, potentially draft motions to strike those experts, and prepare rebuttal expert reports. The Parties met and conferred, and the Parties agreed to an extension of the present briefing schedule.

      Plaintiff therefore, with the consent of Defendant, requests that the deadlines for class certification briefing in this matter be extended as follows: Plaintiff's deadline to file her reply in support of class certification, responses to *Daubert* challenges relevant to class certification, serve rebuttal expert disclosures, and file motions to strike Defendant's experts, if any, would be extended to July 1, 2021 (current deadline is June 5, 2021); Defendant's replies in support of its motions to strike Plaintiff's experts and responses to Plaintiff's motions to strike Defendant's experts, if any, would be due September 1, 2021. Plaintiff's deadline to file any replies in support of her motions to strike Defendant's experts would be due October 1, 2021. This extension would not impact other dates in the Court's scheduling order, which follow the Court's decision regarding class certification.

      This request is made without opposition by Defendant and is the third request for extension of the deadlines for the class certification briefing in this matter. The prior requests (ECF Nos. 53, 56) were granted (ECF Nos. 54, 57).

                              Very truly yours,

              **THE SULTZER LAW GROUP P.C.**

                                  Jason P. Sultzer

cc: Counsel of record (via ECF)