# EXHIBIT A

1

1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    CASE NO:   19-CV-3162-VB

4

5    -------------------------------------------------

6    STEPHANIE WEDRA, on behalf

7    Of herself and all others

8    Similarly situated,

9    Plaintiff,

10    -vs-

11    CREE, INC.,

12    Defendant.

13    -------------------------------------------------

14

15    REMOTE VIDEOTAPED DEPOSITION OF

16    STEPHANIE WEDRA

17    August 20, 2020 - 10:00 A.M. EDT

18

19

20

21

22

23

24

25    JOB NO. 2020-89109

2

1

2

3            AUGUST 20, 2020

4            10:00 A.M. EDT

5

6

7        REMOTE VIDEOTAPED DEPOSITION of STEPHANIE

8    WEDRA, before S. Arielle Santos, Certified Court

9    Reporter, Certified LiveNote Reporter and Notary

10   Public.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    3
 1                 REMOTE APPEARANCES:

 2

 3

 4   COUNSEL FOR PLAINTIFF:

 5   BY - JASON SULTZER, ESQ.

 6   BY - JEREMY FRANCIS, ESQ.

 7   THE SULTZER LAW GROUP, PC

 8   85 Civic Center Plaza, Suite 200

 9   Poughkeepsie, NY  12601

10   845-244-5595

11

12   COUNSEL FOR DEFENDANT:

13   BY - REBECCA LINDAHL, ESQ.

14   BY - MICHAELA HOLCOMBE, ESQ.

15   KATTEN MUCHIN ROSENMAN LLP

16   550 South Tryon Street, Suite 2900

17   Charlotte, NC 28202-4213

18

19   BY - CHARLIE DEVORE, ESQ.

20   KATTEN MUCHIN ROSENMAN LLP

21   525 West Monroe Street

22   Chicago, IL 60661-3693

23

24

25
```

4

1            REMOTE APPEARANCES (Cont.):

2

3  ALSO PRESENT:

4  ALLYSON VAN GORDER, CREE

5  MELISSA GARRETT, CREE

6  KALEY WORONICZ, Document Technician

7  JEREMY LEMASTER, Lexitas Videographer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

1

2                  INDEX

3

4  STEPHANIE WEDRA                      11

5        BY MS. LINDAHL                 11

6        BY MR. SULTZER                172

7        BY MS. LINDAHL                172

8

9

10           EXHIBITS MARKED - ATTACHED

11

12  Exhibit 1, Stipulation               18

13  Exhibit 2, Class Action Complaint    39

14  Exhibit 3, Cree Lamp Types           52

15  Exhibit 4, Opinion and Order         59

16  Exhibit 5, Plaintiff's Responses to  63

17          Interrogatories

18  Exhibit 6, Plaintiff's Responses to  68

19          Request for Document Production

20

21

22

23

24

25

Stephanie Wedra - August 20, 2020

34

```
1              STEPHANIE WEDRA
2       A    Let's see.  At the end --
3  end of December 2019.  So I started
4  end of December.
5       Q    Okay.
6            Before the end of December
7  of 2019, were you employed?
8       A    No.
9       Q    Okay.
10            When is the last time
11  before December of 2019 that you were
12  employed?
13       A    Last time I was employed
14  was at the Board of Elections in
15  Westchester County.
16       Q    And when was that?
17       A    2011.
18       Q    And what was your role at
19  the Board of Elections?
20       A    I was a -- well, it's
21  called a program specialist.
22       Q    And just to clarify, you
23  say 2011.  Was that when you left the
24  Board of Elections?
25       A    Yes.  That's when they --
```

Stephanie Wedra - August 20, 2020

86

1                  STEPHANIE WEDRA

2      testified that you decided to try the

3      LED light bulbs.

4                  Why did you decide to try

5      LED light bulbs?

6           A    Well, I never tried them

7      in the past myself, and everyone kept

8      talking about, Oh, you should get the

9      LED, they last longer.  You know, they

10     are a little more expensive, but they

11     last longer.

12                 And you know, I was always

13     used to using the regular light bulbs

14     and, you know, Mom likes to use LED

15     light bulbs.  So I said, Okay, let me,

16     you know, let me look into it and see

17     what it is all about.

18          Q    Before you went to Home

19     Depot that day and purchased Cree LED

20     light bulbs, what brands of LED light

21     bulbs were you familiar with?

22          A    Me?  I don't know.  I

23     mean, my mom had used some.  Mostly I

24     use -- I use the regular ones.  But I

25     don't know what she used.  I will be

90

1           STEPHANIE WEDRA

2      A    I'm sorry.  Say that

3  again.  You broke up a little bit.

4      Q    At that time, in the

5  summer of 2018, was your mother living

6  with you?

7      A    I was living with her, so,

8  yeah.  We were living together.

9      Q    Okay.

10          Did she already own LED

11  light bulbs as of the summer of 2018

12  in her home?

13     A    I am not -- I am not sure.

14  I am not sure.

15     Q    But you personally had

16  never bought LED light bulbs before

17  the summer of 2018?

18     A    Correct.

19     Q    Did you do any research

20  about LED light bulbs before you went

21  to Home Depot in the summer of 2018

22  and bought Cree light bulbs?

23     A    Well, actually I did.  I

24  said, all right, let me get on the

25  bandwagon and see what this LED light

100

1                    STEPHANIE WEDRA

2     walking straight, you're walking in to

3     an aisle, so to speak, and then they

4     are on the left side.  They take up

5     the entire left side of the aisle.

6          Q    Do you recall where on the

7     shelf the Cree light bulbs that you

8     purchased were?

9               Were they high up or in

10    the middle or towards the floor?

11         A    No.  I don't -- I mean, I

12    don't --

13               THE WITNESS:  You froze up.

14               (Whereupon a Discussion is

15         Held Off the Record.)

16    BY MS. LINDAHL:

17         Q    You included in your

18    interrogatory answers and your

19    Complaint that you believe you paid

20    between $10 and $20 for the light

21    bulbs.

22               Do you have any more

23    specific memory than that of what you

24    paid for the three light bulbs that

25    you allege you purchased in the early

Stephanie Wedra - August 20, 2020

101

```
1              STEPHANIE WEDRA
2    summer of 2018?
3          A    No.  No.  Yeah.  It was
4    between 10 and 20.  Because, you know,
5    I don't know exactly.
6          Q    And did you testify
7    earlier that you don't know how you
8    paid for your purchases at Home Depot
9    that day?
10         A    No.  No.  I think I paid
11   cash, I will be honest, because I was
12   looking for some proof of payment and
13   I couldn't find anything.  So
14   sometimes I would go, you know, as
15   everyone does, pay cash occasionally.
16   So I had to have paid cash for it.
17         Q    What did you do to look
18   for proof of payment?
19         A    Excuse me?  Repeat that.
20         Q    What did you do -- sure.
21              What did you do to look
22   for proof of payment?
23              MR. SULTZER:  Just
24         objection.  I mean, we went over
25         this at great length earlier.
```

106

                    STEPHANIE WEDRA

1

2    lawsuit?

3         A    Yes.  Yes.  Because at

4    that point -- said, let me see if I

5    could find some, you know, documents

6    to prove, you know, that what I am

7    saying is true, you know, from hard

8    documents.

9         Q    And you weren't able to

10   find any hard document to prove that

11   what you are saying is true?

12        A    No.

13        Q    Do you have a specific

14   memory of paying cash at The Home

15   Depot for Cree light bulbs, or are you

16   assuming that you paid cash because

17   you couldn't find any document that

18   showed that you paid with your card?

19        A    No.  I mean, sometimes

20   I -- you know, when I go shopping, I

21   would pay with cash, you know.  For

22   the most part, I don't really like to

23   use my debit card much, so I just had

24   some cash, so...

25        Q    So are you assuming that

Stephanie Wedra - August 20, 2020

107

```
1              STEPHANIE WEDRA
2    you paid with cash because you didn't
3    find a debit card purchase at The Home
4    Depot --
5              (Simultaneous Crosstalk.)
6         A    No.
7         Q    -- during the summer of
8    2018?
9              I'm sorry.  What was your
10   answer?
11        A    No.
12        Q    My question is, do you
13   specifically remember paying cash for
14   this transaction or are you assuming
15   that you paid cash because you
16   couldn't find a corroborating debit
17   card transaction?  Can you answer that
18   question?
19        A    Yes.  I had to pay cash,
20   yes.
21        Q    When you say you "had to
22   pay cash," do you -- are you trying to
23   say you assume you paid cash because
24   you can't find a debit card
25   transaction?
```

Stephanie Wedra - August 20, 2020

108

1                  STEPHANIE WEDRA

2          A     No.   No.   I was looking

3    for the transaction, just had -- I

4    mean, you pay cash, I have no hard

5    copy.   I don't have the receipt.   So I

6    was looking for -- okay, well, maybe I

7    did it through a debit card, you know.

8                  But most of the time back

9    then I -- I paid cash, you know, if I

10   have cash, I would use cash, I mean...

11                 If my mother gave me cash

12   to go shopping, I would use cash.   You

13   know what I am saying?   So...

14         Q    I just -- I need to be

15   specific with my questions.   I am

16   going to try one more time.

17                 You allege that you bought

18   Cree light bulbs from The Home Depot

19   in Yonkers in early summer 2018,

20   correct?

21         A    Yes.

22         Q    And you reviewed your

23   personal bank statements to look for a

24   Home Depot transaction in the early

25   summer of 2018, correct?

Stephanie Wedra - August 20, 2020

109

                    STEPHANIE WEDRA

1

2          A     Yes.

3          Q     And you did not find one,

4    correct?

5          A     Correct.

6          Q     And because you did not

7    find one, you concluded that you must

8    have paid cash, correct?

9          A     Well, I had to pay cash.

10   I mean, what other way would I have

11   purchased the light bulbs?  I mean, do

12   you remember every store you go in if

13   you pay cash or -- you know.  In the

14   same day, someone could pay cash and

15   use a card at the same time, right?

16   So...

17         Q     But you don't specifically

18   remember being at a cash register at

19   The Home Depot in Yonkers, New York,

20   and handing the cashier cash for these

21   specific light bulbs, correct?

22         A     No.  I mean, but I had to

23   have paid cash because I do not have a

24   record of it.  I mean, do I -- I mean,

25   do you remember when you went to a

Stephanie Wedra - August 20, 2020

110

STEPHANIE WEDRA

1

2   store last year and you may have paid

3   cash?  Do you remember everywhere you

4   handed a person cash?

5              I went shopping last week

6   and paid cash for something, right?

7   But do I remember exactly the time,

8   the date -- and that's, you know,

9   so --

10             (Simultaneous Crosstalk.)

11        Q    Did --

12        A    -- I had to have paid cash

13   for it.

14        Q    Apologies.  I didn't mean

15   to speak over you.

16             Did you just testify that

17   your mother would sometimes give you

18   cash to go shopping?

19        A    Yes.

20        Q    And that was true in the

21   summer of 2018?

22        A    Yes.  Sometimes she would

23   -- she would give me cash to do some

24   shopping.

25        Q    And if you were going to

111

1                STEPHANIE WEDRA
2    The Home Depot to purchase home
3    improvement items in the summer of
4    2018, those would be home improvement
5    items that would be used at your
6    mother's home; is that correct?
7         A    Yes.
8              MS. LINDAHL:  I realize I'm
9         getting close to the point where
10        we might take a break.  I am
11        getting close to finishing up a
12        category, so let's keep going
13        for a couple of minutes unless
14        anybody is -- is very
15        uncomfortable.
16             MR. SULTZER:  We are going
17        to have to take a one-minute --
18        actually two-minute break, and
19        then we can jump back on.
20        Because we are going to
21        reposition the phone because we
22        are getting some more static.
23        So we are going to hang up and
24        then we're going to call you
25        back.

Stephanie Wedra - August 20, 2020

120

```
                    STEPHANIE WEDRA
1
2    you purchased these Cree light bulbs
3    in early summer of 2018.
4               After you purchased them,
5    did you install them in the
6    condominium that your mother
7    subsequently sold?
8         A    Yes.
9         Q    And with respect to the
10   A-Type lamps, can you -- you purchased
11   two, correct?
12        A    Of the A-Type?
13        Q    Hm-hm.
14        A    Yes.
15        Q    And can you please
16   describe the fixtures into which you
17   installed the two 60-watt A-Type
18   lamps?
19        A    If they were in -- well, a
20   single bulb lamp in the bedroom.
21        Q    In whose bedroom?
22        A    In Mom's bedroom.
23        Q    In your mother's bedroom?
24   Okay.
25              What was the unit of your
```

Stephanie Wedra - August 20, 2020

148

1                STEPHANIE WEDRA

2    your mother ever had any issues in her

3    condominium with water intrusion or

4    moisture?

5         A    With water and moisture?

6         Q    Water intrusion or

7    moisture?

8         A    No.  I don't recall any.

9         Q    With respect to the two

10   lamps in your mother's bedroom, how

11   many hours a day were those lamps

12   turned on?

13        A    I would say a few hours,

14   you know, when she's going to bed, you

15   know, before -- maybe few hours a day.

16        Q    With respect to the

17   downlight, how many hours a day was

18   that light turned on?

19        A    That light, you know,

20   kitchen lights, a few -- a few hours a

21   day.

22        Q    Who paid the power bill at

23   your mom's condominium?

24        A    My mom.

25        Q    Who was her electricity

154

STEPHANIE WEDRA

1

2      A     Yes.  I saw it online.

3      Q     What did you see online?

4      A     Well, when I'm speaking

5   about doing, you know, getting an LED

6   bulb, I saw -- you know, I did a

7   search on Google, and I saw Cree.  And

8   then after, you know -- I like I said,

9   I don't know any of the sites, but I

10  did check to see if Home Depot had

11  carried it.

12     Q     Okay.

13           What -- other than what

14  you saw online, had you ever

15  physically looked at a Cree LED light

16  bulb or its packaging before you went

17  to The Home Depot and purchased Cree

18  LED light bulbs in the early summer of

19  2018?

20     A     Yes.  Yeah.

21     Q     In the summer of 2018,

22  around the time you purchased the Cree

23  LED light bulbs, what was your source

24  of income?

25     A     I wasn't working, but I

Stephanie Wedra - August 20, 2020

155

```
1                    STEPHANIE WEDRA

2      was helping my mom -- and, you know,

3      family had helped me financially.

4           Q    Are you alleging in this

5      lawsuit that you have been damaged

6      monetarily?

7           A    Yes.  Yes.

8           Q    In what amount were you

9      damaged monetarily?

10          A    Oh, well, you know, it's

11     very expensive bulbs.  And you know,

12     after -- after that, I had to buy, you

13     know, different bulbs, you know, as

14     well.

15          Q    What did you -- what bulbs

16     did you buy to replace the Cree A-Type

17     lamps?  Or bulbs, excuse me.

18          A    I just bought the

19     traditional -- for the lamps, the

20     traditional bulbs, and, for the

21     recessed -- my uncle actually got that

22     bulb for me.  But it was just your

23     basic -- I -- I don't know what they

24     call -- a flood bulb I think it is

25     called or something.  I forget what
```

Stephanie Wedra - August 20, 2020

173

                    STEPHANIE WEDRA
1
2    issue in this case; is that correct?
3          A    Yes.
4          Q    How do you know that?
5          A    How do I know I used my
6    money?
7          Q    Hm-hm.
8          A    Oh, because it was my
9    money in my wallet and that's how I
10   know I used it.
11         Q    And you previously
12   testified that you did not have a
13   source of income in 2018 other than
14   from your mother and family members?
15         A    Yes.
16         Q    And you previously
17   testified, didn't you, that you --
18   that your mother would give you money
19   from time to time in the form of cash,
20   correct?
21         A    Yes.
22         Q    And these light bulbs are
23   installed in your mother's home,
24   correct?
25         A    Yes.