**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE WEDRA, individually on behalf of herself and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>*v.*<br><br>CREE, Inc.,<br>*Defendant.* | Case No.: 7:19-cv-03162-VB<br><br>**Declaration of Jason P. Sultzer In Support of Plaintiff's Motion For Class Certification** |

I, Jason Sultzer, submit this Declaration in support of Plaintiff's motion to file under seal, and affirm that the following is truthful and accurate:

1. I am an attorney duly admitted before this Court. I am a partner at the law firm of The Sultzer Law Group, P.C., one of the law firms representing Plaintiff Stephanie Wedra and the Proposed Class in the case *Wedra v. Cree, Inc.*, Case No. 7:19-cv-3162 pending in this Court. The Sultzer Law Group, P.C. is associated with Pearson, Simon & Warshaw LLP, Audet & Partners LLP, Cuneo, Gilbert & LaDuca LLP and Levin Sedran & Berman LLP in this action (together with The Sultzer Law Group, "Class Counsel").

2. I submit this declaration in support of Plaintiff's Motion for Class Certification ("Motion"). I am one of the attorneys principally responsible for the handling of this case. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. Attached as Exhibit 1 is a true and correct copy of a chart prepared by Plaintiff's counsel that depicts the longevity claims related to the LED Lightbulbs at issue in this litigation made on the packaging of Cree's LED Lightbulbs. This information was taken from documents

submitted by Cree in connection with the Declaration of Phil Primato submitted in the related action of *Young v. Cree, Inc.*, No. 4:17-cv-06252-YGR (N.D. Cal) ("Young Action).

4. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Gary R. Allen, PhD marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

5. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Dr. Andreas Groehn marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the 30(b)(6) Deposition Transcript of Scott Schwab, taken in the Young Action on January 4, 2019.

7. Attached as Exhibit 5 is a true and correct copy of produced document identified as Bates number CREE_00049176.

8. Attached as Exhibit 6 is a true and correct copy of native produced document identified as Bates number CREE_00050253 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

9. Attached as Exhibit 7 is a true and correct copy of native produced document identified as Bates number CREE_00050252 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

10. Attached as Exhibit 8 is a true and correct copy of native produced document identified as Bates number CREE_00051023 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

11. Attached as Exhibit 9 is a true and correct copy of produced document identified as Bates number CREE_00059264.

12. Attached as Exhibit 10 is a true and correct copy of produced document identified as Bates number CREE_00049050.

13. Attached as Exhibit 11 is a true and correct copy of produced document identified as Bates number CREE_00032364.

14. Attached as Exhibit 12 is a true and correct copy of produced document identified as Bates number CREE_00032386.

15. Attached as Exhibit 13 is a true and correct copy of produced document identified as Bates number CREE_00032398.

16. Attached as Exhibit 14 is a true and correct copy of produced document identified as Bates number CREE_00032399.

17. Attached as Exhibit 15 is a true and correct copy of produced document identified as Bates number CREE_00032402.

18. Attached as Exhibit 16 is a true and correct copy of produced document identified as Bates number CREE_00032478.

19. Attached as Exhibit 17 is a true and correct copy of produced document identified as Bates number CREE_00032634.

20. Attached as Exhibit 18 is a true and correct copy of produced document identified as Bates number CREE_00032814.

21. Attached as Exhibit 19 is a true and correct copy of produced document identified as Bates number CREE_00032817.

22. Attached as Exhibit 20 is a true and correct copy of produced document identified as Bates number CREE_00032825.

23. Attached as Exhibit 21 is a true and correct copy of produced document identified as Bates number CREE_00032827.

24. Attached as Exhibit 22 is a true and correct copy of produced document identified as Bates number CREE_00032917.

25. Attached as Exhibit 23 is a true and correct copy of produced document identified as Bates number CREE_00032919.

26. Attached as Exhibit 24 is a true and correct copy of produced document identified as Bates number CREE_00032960.

27. Attached as Exhibit 25 is a true and correct copy of produced document identified as Bates number CREE_00032965.

28. Attached as Exhibit 26 is a true and correct copy of produced document identified as Bates number CREE_00032971.

29. Attached as Exhibit 27 is a true and correct copy of produced document identified as Bates number CREE_00032977.

30. Attached as Exhibit 28 is a true and correct copy of produced document identified as Bates number CREE_00032983.

31. Attached as Exhibit 29 is a true and correct copy of produced document identified as Bates number CREE_00032985.

32. Attached as Exhibit 30 is a true and correct copy of produced document identified as Bates number CREE_00032987.

33. Attached as Exhibit 31 is a true and correct copy of produced document identified as Bates number CREE_00032359.

34. Attached as Exhibit 32 is a true and correct copy of produced document identified as Bates number CREE_00032360.

35. Attached as Exhibit 33 is a true and correct copy of produced document identified as Bates number CREE_00032361.

36. Attached as Exhibit 34 is a true and correct copy of produced document identified as Bates number CREE_00032362.

37. Attached as Exhibit 35 is a true and correct copy of produced document identified as Bates number CREE_00032369.

38. Attached as Exhibit 36 is a true and correct copy of produced document identified as Bates number CREE_00032379.

39. Attached as Exhibit 37 is a true and correct copy of produced document identified as Bates number CREE_00032381.

40. Attached as Exhibit 38 is a true and correct copy of produced document identified as Bates number CREE_00032383.

41. Attached as Exhibit 39 is a true and correct copy of produced document identified as Bates number CREE_00032385.

42. Attached as Exhibit 40 is a true and correct copy of produced document identified as Bates number CREE_00032391.

43. Attached as Exhibit 41 is a true and correct copy of produced document identified as Bates number CREE_00032415.

44. Attached as Exhibit 42 is a true and correct copy of produced document identified as Bates number CREE_00032418.

45. Attached as Exhibit 43 is a true and correct copy of produced document identified as Bates number CREE_00032431.

46. Attached as Exhibit 44 is a true and correct copy of produced document identified as Bates number CREE_00032432.

47. Attached as Exhibit 45 is a true and correct copy of produced document identified as Bates number CREE_00032446.

48. Attached as Exhibit 46 is a true and correct copy of produced document identified as Bates number CREE_00032448.

49. Attached as Exhibit 47 is a true and correct copy of produced document identified as Bates number CREE_00032483.

50. Attached as Exhibit 48 is a true and correct copy of produced document identified as Bates number CREE_000004.

51. Attached as Exhibit 49 is a true and correct copy of produced document identified as Bates number CREE_00032357.

52. Attached as Exhibit 50 is a true and correct copy of a Cree Marketing Document taken from the Cree website titled A21 Series LED Lamp Sales Sheet.

53. Attached as Exhibit 51 is a true and correct copy of produced document identified as Bates number CREE_00063522.

54. Attached as Exhibit 52 is a true and correct copy of produced document identified as Bates number CREE_00064005.

55. Attached as Exhibit 53 is a true and correct copy of produced document identified as Bates number CREE_00033869.

56. Attached as Exhibit 54 is a true and correct copy of a document identified as Exhibit 5 to the Declaration of Scott Schwab in the Young Action.

57. Attached as Exhibit 55 is a true and correct copy of excerpts of the Deposition Transcript of Scott Schwab, taken in the Young Action on April 16, 2019.

58. Attached as Exhibit 56 is a true and correct copy of excerpts of a document produced in discovery by Defendant and identified at the 30(b)(6) Deposition of Scott Schwab as Exhibit 3, a chart if the manufacturer's suggested retail prices for the bulbs. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

59. Attached as Exhibit 57 is a true and correct copy of native produced document identified as Bates number CREE_00049124 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

60. Attached as Exhibit 58 is a true and correct copy of native produced document identified as Bates number CREE_00049110 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

61. Attached as Exhibit 59 is a true and correct copy of native produced document identified as Bates number CREE_00049122 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

62. Attached as Exhibit 60 is a true and correct copy of native produced document identified as Bates number CREE_00055743 marked Confidential. The document has been designated "Confidential" and therefore, Plaintiff is filing it under seal in compliance with the provisions of the Protective Order.

63. Attached as Exhibit 61 is a true and correct copy of excerpts of the Deposition Transcript of Stephanie Wedra, taken in the action on August 20, 2020.

64. Attached as Exhibit 62 is a true and correct copy of produced document identified as Bates number CREE_00068794.

65. Attached as Exhibit 63 is a true and correct copy of the *curriculum vitae* of Audet & Partners, LLP, one of the counsel of record for Plaintiff and the putative class.

66. Attached as Exhibit 64 is a true and correct copy of the *curriculum vitae* of Pearson, Simon & Warshaw, LLP, one of the counsel of record for Plaintiff and the putative class.

67. Attached as Exhibit 65 is a true and correct copy of the *curriculum vitae* of Levin, Sedrin & Berman LLP, one of the counsel of record for Plaintiff and the putative class.

68. Attached as Exhibit 66 is a true and correct copy of the *curriculum vitae* of The Sultzer Law Group, P.C., one of the counsel of record for Plaintiff and the putative class.

69. Attached as Exhibit 67 is a true and correct copy of the *curriculum vitae* of Cuneo, Gilbert & LaDuca LLP, one of the counsel of record for Plaintiff and the putative class.

70. Plaintiff's counsel has spent many hours diligently and passionately pursuing the instant matter on behalf of Plaintiff and the putative class. The Court is well-aware of the procedural history of the instant action, but in summary Plaintiff's Counsel has represented Plaintiff and the putative class through dispositive briefing, extensive discovery involving voluminous document production, and depositions.

71. During the course of this litigation, Plaintiff's Counsel have relied on their extensive experience and qualifications to litigate this action in furtherance of the interests of the Class members through strategy meetings, extensive discovery and document review, and class certification. Plaintiff's Counsel has the means and willingness to continue the vigorous representation of Plaintiff and the Class members and will do so through trial if necessary.

72. Plaintiff's Counsel has no known conflicts which would prevent them from adequately representing the putative class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of February, 2021 in Poughkeepsie, New York.

/s/ Jason P. Sultzer
Jason P. Sultzer, Esq.
The Sultzer Law Group, P.C.
270 Madison Avenue, Suite 1800
New York, NY 10016
Phone: (845) 483-7100
Facsimile: (888) 749-7747