UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEPHANIE WEDRA, on behalf of herself and all others similarly situated,

                Plaintiff,

                v.

CREE, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 19-cv-3162-VB

**DEFENDANT CREE, INC.'S NOTICE OF MOTION TO STRIKE EXPERT REPORT AND EXCLUDE OPINIONS OF DR. ANDREAS GROEHN**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Cree Inc.'s Motion to Strike Expert Report and Exclude Opinions of Dr. Andreas Groehn, and the Declaration of Rebecca K. Lindahl in Support of Defendant Cree Inc.'s Opposition to Motion for Class Certification, Motion to Strike Expert Report and Exclude Opinions of Dr. Gary Allen and Motion to Strike Expert Report and Exclude Opinions of Dr. Andreas Groehn, and exhibits annexed thereto; and upon all the papers and proceedings heretofore had herein, Defendant Cree, Inc., by and through its undersigned counsel, hereby moves this Court, before the Honorable Vincent L. Briccetti, United States District Judge for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, for an order striking the report and excluding the opinions of Dr. Andreas Groehn, and granting such other relief as the Court deems just and proper.

1

Dated: April 30, 2021
      Charlotte, North Carolina

          Respectfully submitted,

          **KATTEN MUCHIN ROSENMAN LLP**
          By:  */s/ Rebecca K. Lindahl*

          Craig A. Convissar
          575 Madison Avenue
          New York, NY 10022
          craig.convissar@katten.com
          Ph: 212-940-6369
          Fax: 212-940-8776

          Stuart M. Richter (admitted *pro hac vice*)
          2029 Century Park East, Suite 2600
          Los Angeles, CA 90067-3012
          stuart.richter@katten.com
          Ph: 310-788-4400
          Fax: 310-712-8434

          Rebecca K. Lindahl (admitted *pro hac vice)*
          550 S. Tryon Street, Suite 2900
          Charlotte, NC 28202
          rebecca.lindahl@katten.com
          Ph.: 704-344-3141
          Fax: 704-344-2277

          Charles A. DeVore (admitted *pro hac vice*)
          525 West Monroe Street
          Chicago, IL 60661
          charles.devore@katten.com
          Ph: 312-902-5478
          Fax: 312-902-1061
          *Attorneys for Defendant Cree, Inc.*