UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
STEPHANIE WEDRA, on behalf of : 
herself and all others similarly situated, :  Civil Action No.: 7:19-cv-03162-VB
:
Plaintiff, :  **DECLARATION OF REBECCA**
:  **LINDAHL IN SUPPORT OF**
v. :  **CREE'S OPPOSITION TO**
:  **PLAINTIFF'S MOTION FOR**
CREE, INC. :  **CLASS CERTIFICATION AND**
:  **IN SUPPORT OF CREE'S**
Defendant. :  **MOTIONS TO STRIKE DR.**
:  **GARY ALLEN AND DR.**
:  **ANDREAS GROEHN**
:
------------------------------------ X

I, Rebecca K. Lindahl, submit this Declaration in support of Cree, Inc.'s Opposition to Class Certification, Motion to Strike and Exclude Dr. Gary Allen, and Motion to Strike and Exclude Dr. Andreas Groehn, and affirm that the following is truthful and accurate:

1. I am an attorney admitted to practice *pro hac vice* in this case and a partner at the law firm of Katten Muchin Rosenman LLP, representing Defendant Cree, Inc. ("Cree") in this matter.

2. I submit this declaration in support of Cree's Opposition to Class Certification and in support of Cree's Motions to Strike. I am one of the attorneys principally responsible for the handling of this case. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Plaintiff Stephanie Wedra, taken August 20, 2020.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Scott Schwab.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Phil Primato.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Jonathan Vollers.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Dr. Gary Allen taken April 14, 2021 ("Allen II").

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Amy Soens.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Dr. Gary Allen taken January 22, 2020 in *Young v. Cree,* 4:17-cv-06252-YGR, N.D. Cal. ("Allen I").

10. Attached hereto as **Exhibit 8** is a true and correct copy of the expert report of Dr. Lynne Weber.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the expert report of Dr. Jesse David and Mr. Sushrut Jain.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the expert report of Dr. Joel Steckel.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the declaration and expert report of Dr. Morgan Pattison.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Dr. Andreas Groehn, taken April 9, 2021.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of April, 2021 in Charlotte, North Carolina.

                                             _____
Rebecca K. Lindahl (admitted *pro hac vice*)
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
rebecca.lindahl@katten.com
Ph.: 704-344-3141
Fax: 704-344-2277