**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE WEDRA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREE, INC.<br><br>Defendant. | Civil Action No.: 7:19-cv-03162-VB<br><br>**DECLARATION OF REBECCA LINDAHL IN SUPPORT OF CREE'S REPLIES IN SUPPORT OF CREE'S MOTIONS TO STRIKE DR. GARY ALLEN AND DR. ANDREAS GROEHN** |

I, Rebecca K.Lindahl, submit this Declaration in support of Cree, Inc.'s Replies in Support of its Motion to Strike and Exclude Dr. Gary Allen, and Motion to Strike and Exclude Dr. Andreas Groehn, and affirm that the following is truthful and accurate:

1. I am an attorney admitted to practice *pro hac vice* in this case and a partner at the law firm of Katten Muchin Rosenman LLP, representing Defendant Cree, Inc. ("Cree") in this matter.

2. I submit this declaration in support of Cree's Replies in support of Cree's Motions to Strike. I am one of the attorneys principally responsible for the handling of this case. I am personally familiar with the facts set forth in this declaration. If called as a witness I could and would competently testify to the matters stated herein.

3. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of the report of Dr. Gary Allen filed December 13, 2019 in *Young v Cree, Inc.*, Case No. 4:17-cv-06252-YGR, N.D. Cal. ("*Young*").

4. Attached hereto as **Exhibit 2** is a true and correct copy of Rebuttal Report of Dr. Gary Allen filed 4/24/2020 in *Young*.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the report of Dr. Gary Allen filed February 26, 2021 in the instant action.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the deposition of Gary Allen, taken January 22, 2020 in the *Young* action ("Allen I").

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Dr. Gary Allen taken April 14, 2021 ("Allen II").

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Rebuttal Report of Dr. Gary Allen served July 28, 2021 in the instant action.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Plaintiff's Opposition to Motion to Strike Dr. Gary Allen filed in *Young* on April 24, 2020.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Plaintiff's Opposition to Motion to Strike Dr. Gary Allen served July 28, 2021 in the instant action.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the CPUC Study cited in the report of Dr. Gary Allen.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition of Jonathan Vollers, taken October 8, 2018 in *Young*.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the declaration of Dr. Morgan Pattison, served April 30, 2021 in the instant action.

14. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the deposition of Dr. Andreas Groehn, taken April 9, 2021 in the instant action.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2021 in Charlotte, North Carolina.

Rebecca K. Lindahl (admitted *pro hac vice)*
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
rebecca.lindahl@katten.com
Ph.: 704-344-3141
Fax: 704-344-2277