UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEPHANIE WEDRA, on behalf of herself and all others similarly situated,

     Plaintiff,

     v.

CREE, INC.

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 19-cv-3162-VB

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** that Plaintiff Stephanie Wedra and Defendant Cree, Inc. hereby agree to dismiss all claims raised in the within matter, with prejudice; and

**IT IS FURTHER STIPULATED AND AGREED,** that Plaintiff Stephanie Wedra and Defendant Cree, Inc. shall each bear their own costs, expenses and attorney's fees; and

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts and that electronic signatures bear the full force and effect as originals.

Dated: August 12, 2022

**FOR PLAINTIFF**

_____
Jason P. Sultzer, Esq.
sultzerj@thesultzerlawgroup.com
THE SULTZER LAW GROUP, P.C.
270 Madison Avenue, Suite 1800
New York, NY 10016

*An attorney for Plaintiff Stephanie Wedra*

Dated: August 12, 2022

**FOR DEFENDANT**

_____
Rebecca K. Lindahl
Rebecca.lindahl@katten.com
KATTEN MUNCHIN ROSENMAN, LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202

*An attorney for Defendant Cree, Inc.*